To James T. Foley

US Courthouse

445 Broadway

Suite 330

Albany, New York 12207

Case No. 25-10916-1-REL

December 16, 2025



FILED
DEC 18 2025
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Based upon information filed in the bankruptcy petition, I, Creditor Paul M. Hasbrouck, object to granting Chapter 7 Bankruptcy Status for Case No. 25-10916-1-REL Jacob R. Zakrzewski due to the following:

1. Adequate assets appear to exist in the amount of $155,115 in property equity.
2. Spousal Income in the amount of $9,816.21/month.
3. Bankruptcy Petition Schedule E/F "Creditors who have unsecured claims" lists Internal Revenue Service, NYS Dept. of Taxation and Finance, M & T Bank sections are incomplete.

I believe that my claim based on the City of Schenectady Court Judgement Index No. CC-002082-23SC dated April 29, 2024 remains valid and collectible for 20 years according to NYS Small Claims Statute (NYS Small Claims Handbook, page 13).

I assert that the discharge be denied based upon the reasons listed above.

Sincerely,

Paul M. Hasbrouck

2627 Giffords Church Road

Schenectady, New York 12306

518-227-3291

Cc: Elizabeth Fairbanks-Fletcher, Attorney for Debtor